FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

FEB 0 9 2009 PM 2:25

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DARRYL CHEVALE HARRIS** | **CIVIL ACTION** |
| **VERSUS** | **NUMBER: 08-5182** |
| **PROBATION & PAROLE, ET AL** | **SECTION: "D" (5)** |

## O R D E R

The Court, after considering the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the response to the Magistrate Judge's Report and Recommendation filed by the plaintiff on February 2, 2009, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion herein. Therefore,

**IT IS ORDERED** that the 42 U.S.C. §1983 claims brought by the plaintiff, Darryl Chevale Harris, against the defendants, Felix Indest and Jame M. Leblance, are **DISMISSED WITH PREJUDICE** as frivolous and otherwise for failing to state a claim for which relief may be granted pursuant to 28 U.S.C. §1915(e)(2) and §1915A.

**IT IS FURTHER ORDERED** that Harris's §1983 claims seeking monetary damages against the defendants, the Covington District Division of Probation and Parole, the Louisiana Parole Board, and the Louisiana Department of Public Safety and Corrections, and Paul Pajak, Jill Walker, Curt Hodges, C.A. Lowe, Jr., and the unidentified parole board member, each in their official capacity, are **DISMISSED WITH PREJUDICE** as legally frivolous, for failure to state a claim for

which relief may be granted, and for seeking monetary relief against an immune defendant pursuant to 28 U.S.C. §1915(e)(2) and §1915A.

**IT IS FURTHER ORDERED** that Harris's §1983 claims against the defendants, Pajak, Walker, Hodges, Lowe, and the unknown parole board member, each in their individual capacity, are **DISMISSED WITH PREJUDICE** as legally frivolous, for failure to state a claim for which relief may be granted, and for seeking relief against an immune defendant pursuant to 28 U.S.C. §1915(e)(2) and §1915A.

**IT IS FURTHER ORDERED** that Harris's §1983 claims seeking his release through injunctive relief against the defendants are **DISMISSED WITH PREJUDICE** until such time as the conditions set forth in Heck v. Humphrey, 512 U.S. 477 (1994), are met.

New Orleans, Louisiana, this ___6___ day of ~~January~~ Feb., 2009.

A. J. MCNAMARA
UNITED STATES DISTRICT JUDGE